For the first case, case number 23-20327, Momin v. Jaddou. I apologize if I am not pronouncing correctly. And we'll start with Javier Rivera. Hope I got that right. Good morning, Your Honors. May it please the Court. Javier Rivera on behalf of the plaintiff Naeem Nizarli Momin. I have had the pleasure to serve of counsel for Mr. Momin and his family my entire legal career. However, after 15 years, we are still without resolution of his matter of permanent residence. Mr. Momin's immigration history reads as if it was a board-certified application fact pattern. It contains two exclusion orders, multiple motions to reopen, a motion to remand and a grant for the Second Circuit Court of Appeals, three adjustment of statuses, and two APA lawsuits. The relevant facts for today are Mr. Momin arrived in the United States in 1994 and was placed in legacy exclusion proceedings. After years of motions and court battles, the immigration judge found as a matter of entry and this charge was not sustained against him. His matter was then administratively closed with the immigration court. Years later, Mr. Momin applied for adjustment of status before USCIS based on a derivative application from his wife under INA 245I. The service eventually denied his application for adjustment of status, citing fraud and misrepresentation as the reason for denial. In their decision, USCIS re-alleges fraud upon entry. Additionally, they allege fraud with the production of what they believe was a fraudulent birth certificate and fraudulent passport submitted concurrent with his application. This finding was despite a letter issued by the Pakistani government stating both documents were true and correct. However, it was their fault with the transcription error of his date of birth. Unlike removal proceedings, the immigration judge in exclusion proceedings has no jurisdiction to review an application for adjustment of status. This is where we've come to an impasse here. Exclusion proceedings are akin to legacy, akin to post-IRA-IRA arriving aliens. With a denied application for adjustment of that status and an immigration judge lacking jurisdiction to review this decision, what recourse does an individual have? The highest official at USCIS was, is his name Wallace Carroll? Wallace Carroll is the district director for Houston Field Office. And he made the determination that your client has lived a life of, what was the phrase, life of deceit? Yes, that is correct, Your Honor. And you say there were some innocent typographical mistakes? Correct, Your Honor. And you're pointing out that immigration courts can't look at it, and then the issue, correct me if I'm wrong, before us is whether Congress has said we can look at it. Correct, Your Honor. And to give it judicial review, and I may be sympathetic because that seems like an enormous variance, innocent mistake, married guy here in the States for a long time, or life of fraud. So one would think we better be darn sure which it is. But, but aren't we at the position where the statute that Congress wrote has said, right or wrong, they get the last word? The difficulty with the way the statute is written, Your Honor, the entire chapter refers to removal proceedings. The idea of . . . But no circuit has, has any circuit yet limited Patel to removal circumstances? Or would we be splitting with . . . The cases in which post-Patel courts have reviewed these is the possibility an individual will be able to seek de novo review from an immigration judge. The idea behind limiting de novo review to an immigration judge is a denial of an immigration benefit, adjustment of status, would then follow even a remote possibility of him being placed in removal proceedings, and then seeking review through an immigration judge, Board of Immigration Appeal, and then through a petition for review through circuit court. However, that is not the case in Mr. Momin's back pattern. Exclusion proceedings are entirely different than removal proceedings. There is no jurisdiction for de novo review for an immigration judge. The line of inquiry for Mr. Momin's permanent resident application ends with the agency. But they haven't instituted removal proceedings yet, and you will still get review of those if that comes to pass. Well, there is no removal proceedings that needs to be initiated. Mr. Momin entered the United States at a time before IRA-IRA. There was a distinction between the proceedings at that time. It was changed after 96. Before 96, an individual entering the United States could be placed . . . So let's say you lose. What happens to your client? There's no recourse. Well, I know you're saying there's no recourse, but what happens to him physically? He could be excluded from the United States. And you would have no recourse from . . . I would have no recourse to seek de novo review of his application for adjustment of status. No, I know, and that's the issue before us. Yes, Your Honor. But do you have any circuit authority that supports you? Because it isn't your argument, but correct me if you disagree, precisely the warning that Justice Gorsuch said would come to pass because of Patel. In the dissent, he discussed this, yes. In the divided court, Gorsuch wrote that there's a possibility that individuals could be left out from seeking de novo review without specifically citing those individuals. But I can think of three particular contexts in which an individual cannot seek de novo review of an immigration judge. This is one of them, legacy exclusion proceedings, an arriving alien or an individual. Your argument to us is we should draw an exception from Patel when there's no recourse even in front of an immigration judge? Is that the narrow argument or is it even more subtle than that? I think we can simply because the way . . . I filed this suit under the APA. The APA is the default rules when it comes to seeking redress from a decision by an agency. Because the immigration statutes are written that they discuss limitation of review of discretionary decisions in removal proceedings, the idea is that you have a set line of appeals that are available to you. You can't circumvent that by seeking judicial review in district court. However, there is no option for de novo review in Mr. Momin's case. He has to seek relief in district court because there's nowhere to go with that. But there's a lot of immigration findings that courts can't review the facts on, the decision about the facts. I mean, here the problem is who should decide whether he really was innocent and just messing up with this birth certificate and so forth versus trying to fraud his way through? Who should decide that? It usually is deferred to the immigration courts in a lot of things that immigration involves. Right. And I would ask you to defer to the immigration court on this particular matter. There was a formal finding in exclusion proceedings that stated Mr. Momin did not commit fraud upon entry and that charge was removed from his charging document. However, this allegation of fraud surfaced again years later in his denial of adjustment status application before USCIS. This is one of the major issues we have. It is issue preclusion. This court previously has addressed it. Right. But I thought in the I-485 you're still submitting a passport that had the serial number ending 6941. Correct. There's So that wouldn't have, on any estoppel theory, that's still a live possible fraud. There's two possible issues we have. One of them is the re-alleging of fraud after it was previously determined in immigration court for the entry. The passport issue is another particular issue in which we're stating that there was no review of the evidence submitted. That is one of the claims you can make when you're filing under the APA and you're seeking redress is that they did not review evidence previously submitted. You point to how this case differs from the four other circuits that have upheld a district court's dismissal for lack of subject matter here. As previously stated, Your Honors, the main crux of all of their arguments are, is these are matters that immigration courts and the line of appeals needs to hear, not the district court. Even if it's an agency decision, these individuals can still seek relief and removal proceedings and have their case de novo reviewed. This is never going to be the case for Mr. Momin. So you're not asking for Article III review? You're asking us to say that immigration courts have to review this? I'm asking you two things. One is to have this court honor the previous decision by the exclusion proceeding judge that fraud was not committed upon entry because the government is barred by res judicata or I'm going to go back to your briefs. I don't remember that being salient. I've certainly thought about it. The Second Circuit basically just said you won in the Second Circuit, right? They said he, he, he had appeared. The government was wrong essentially, correct? But you're saying there's a, a later ruling that precludes revisiting the fraud determination? What remind me of what's that ruling? Immigration court. Once it was remanded, it's the history is very long, but once the Second Circuit remanded back down to the very beginning to the original exclusion proceeding judge, the judge made a formal finding that upon entry, he did not commit fraud as a matter of the law. That was the decision which led the government to withdraw that charge against him. And this matter was then administratively closed to allow him to seek adjustment of status with USCIS. But this was the fraud upon entry was brought up again. Besides that ruling, where would we look in this extremely long record for the clearest provable fact showing this was not fraud and deception? This was Pakistani officials getting his birth certificate wrong. Where would you point us to other than Estoppol? I think there, we need to separate these issues because there's two distinct. I know. Well then, where, just give me the record sites to show this isn't fraud at all. This was inadvertent. He tried to, for, as to both. If you could get court review, where would we review? The review would be initially in the immigration court. No, no, no, no, no. Where in the record does it show your story's right? Their story's wrong. I would have to find the specific citation in that thousand pages. But you know, roughly. Yes. Okay. So give me the, without the record sites, what's roughly the most conclusive proof that government officials stamped his passport wrong rather than him? The letter issued from the Pakistani consulate explaining the letter in this record. Yes, Your Honor. Okay. It was submitted also initially with the district court. And what exactly does the letter say? Letter states that Naeem Nizar Ali Momin has a passport with this number and this number and the date of birth of this date and this date. We issued both documents. However, through an error, we have issued his birth date incorrectly. This document was submitted and confirmed. But I thought the government somewhere said that they checked in with Pakistan and it agreed it was wrong. I mean, it agreed that he did it wrong. This is one of the major problems with agency determinations. They don't have to explain how they came to that. But they did say that. They stated it. Yeah. I have no information on how they came about this. There's nothing presented regarding any investigation. They don't have to at the agency level. And this is why judicial review is so important. So really that statement is just, we talked to that letter is wrong and there is nothing supporting it. It's just rank hearsay. I have no idea how they came to that determination. And they don't have to provide that information to me at the agency level because they can make conclusory statements in a denial without providing evidence, unlike in court. And you said the entry wasn't false. But I thought there was a list of things that were done messed up. I mean, it wasn't just upon the entry, but thereafter. Right. So why isn't that something that the U.S. CIS could decide? Well, it's more of the same thing. The entry was considered not false and that was already resolved in immigration court. The response, the plaintiff, Mr. Momin, was issued the birth certificate and passport by the governor of Pakistan. He had no other identity documents. And because he had no other identity documents, that wrong information was repeatedly transcribed on future documents. But he knew his own birth date. Why didn't he, all the way up to the 485, why didn't he say, I'm giving you this passport, but it's not my birthday? How does an individual prove? But he knows his own birthday. He doesn't want to continue a fraud even if it wasn't his origination. Correct. But then you also have to go to materiality of a statement. And this is all part of the determination of fraud. Is his birth date relevant to him procuring this immigration benefit? No, it's not. Whether his birth date is in 76 or 74 has no bearing on whether he's eligible for the benefits sought. It's not material. Does it make a difference what age he was when he came here? No. Was he just under 18 when he came here? Yes, he was about that age, yes. Okay. He was 19. Okay. But the, so that, the later date would help him on that. Because being under age can help you in coming into this country without an actual visa. He applied for admission at the port of entry with an explanation in front of the officer of CBP. He didn't cross the border illegally. He applied for admission at the port of entry. Okay. But I thought over the years, although I'm not pretending to know everything about the 90s in terms of immigration, I thought that age did make a difference between being under 18 and being over 18. Is that not correct? An individual may be eligible for different benefits today under special immigrant juvenile status or things, but those didn't exist in 94 when he first came in. Well, back in the old days, I think immigrating to America was a little bit easier. I have some personal knowledge of that, but not me personally, but family. All right. Thank you. Your time has expired, but you have time for rebuttal. All right. We'll hear from Brandon Smith. Can we start with that question? Does it make a difference if somebody was born in 1972 or 1973 and showed up right now? Would that make a difference? Good morning, Your Honor. May it please the Court? In this case, it's not a salient issue. It's not a what? It's not a salient issue, and one of the reasons is because the folk— Picking out a person based on that alleged, quote, life of deception, if it's not salient, the question asked was, is it material? Did the birth date being 76 or 75 materially help him gain entry or stay in the country, yes or no? My understanding is it did not, Your Honor. And the issue before this Court is whether or not the jurisdiction stripping statute of 8 U.S.C. Well, we're asking you other questions. So you're saying for 20 years, this man has been battling the immigration services over something that made no difference? No, Your Honor. The individual's been battling the immigration system in an attempt to adjust status from a noncitizen to that of a lawfully admitted permanent resident and going through that process and then being determined inadmissible and then trying to fight for a waiver. Determined inadmissible based on fraud that you're just admitting to us wasn't material fraud? No, Your Honor. Not that the fraud was material, but the age at the time of entry. So the fraud is material, and I apologize. I may have misunderstood that question. The fraud is material, but, Your Honor, the fraud goes beyond just the entry. There's multiple issues of fraud and instances of fraud committed by the appellant in this case. The fraud relates to the DOB and the passport. And I'm asking you, how did putting a birth date help him stay or help him in the wrong birthday? Yeah, that's what I was asking. Does it make a difference under 18 versus over 18? And you're saying no. So how is that a material fraud? Your Honor. If I said, oh, today is Tuesday and it's actually Wednesday, how is that a I understand, Your Honor. And the issue, it may not be that that exact answer at that time was material. However, because it was a misstatement to a CBP officer or to an officer in immigration status, and then later in an application for adjustment of status, Mr. Moomin indicated that he never told the falsehood to an INS officer or an individual in the immigration system. That answer, that he never told the falsehood, even if the birth date wasn't material, can be an issue where Mr. Moomin lied in his application and to individuals during the process of his attempted adjustment and then wavered. What if it is the Pakistani? Is there a letter that says this was our mistake? Does that letter exist? Yes, Your Honor. And does anything corroborate the statement in your brief that you all called someone at the Pakistani consulate and they repudiated that letter? I don't have anything from the record, Your Honor. So what's in the record says he doesn't live a life of fraud. This was their mistake. No, Your Honor. What's in the record is a decision by an agency that he committed fraud. I know. And I guess, okay, this does get us to the question. So we're pretty close to saying there's no materiality even if it is a fraud. And the only document in the record says it wasn't his fault. And yet you're saying we can't correct a decision to expel a person who's married to a U.S. citizen, who has two U.S. citizens, who's never been convicted of fraud, much less any crime, and there's been a determination that if he does get kicked out, that will cause extreme hardship on his U.S. family. Yes, Your Honor. I'd like to clarify a couple points. Yeah. The USAS decisions regarding the adjustment application gave lengthy explanations on why the determinations were made. I don't think it's fair to say that the only piece of evidence in the record establishes that Mr. Momin supplied a clerical error birth certificate or passport. Well, that's what review would decide, and we're giving you the opportunity. In other words, I'm objecting that you have branded this individual, what did Wallace Carroll say? He has lived a life of deception. Do you stand by that characterization, that this man has lived a life of deception, yes or no? Your Honor, I don't know the personal facts. But that's the determination you're saying we can't even review. Yes, Your Honor. That is the agency determination that I am here to defend. Okay. And let's just go through it again. When you say life of deception, that's the fact-finding the executive branch has made, and the executive branch is saying no court can review it. That's absolutely correct, Your Honor. That's absolutely correct. Okay. So the man has never been convicted of fraud, correct? Correct, Your Honor. He's never had a single conviction? That's correct, Your Honor, but also unnecessary. But yes. So a life of fraud. Who's he defrauding if the letter says from the Pakistani government, we made a mistake? Your Honor, it's not just the submitting of the document regarding what Pakistan indicated there was a mistake. Instead of saying what it's not, tell me the moment in the record where he made some life of fraud false statement. One specific, most egregious lie. When did he do it? It's the consistent pattern. Consistent pattern. Okay, that's frustrating to me. Can you point to any specific event between when the government lost in the Second Circuit and now, where this gentleman made a deception, a lie? Which one's the most obvious, if we were able to review it? It's difficult, Your Honor, to go through and go through the many pages to pull a single most important lie. Okay, just, well, you, I'm not asking for many pages, I'm asking for one page. Your Honor, I'll point to, again, I know Your Honor doesn't like it, but the consistent application of the issue where the individual was asked his birthday and then supplied different birthdates, was asked to supply different birthdates. Did he consistently supply the other deceptive birthdate? Was it always the one the Pakistani government said was his birthday? Or did he come up with lots of little birthdates? No, Your Honor, Mr. Momin always submitted that his birthday, he submitted that his birthday was the birthdate showed on the incorrect birth certificate. I mean, I might do that if the government says this is when you're born and I'm a foreign citizen. I might want to sort of say, okay, I guess that's my official document. Your previous point, Your Honor, the man knows when he was born, or at least understands that he knows. And so to represent that in a process where he knows his truth-telling is of the utmost importance. But isn't it fairly human, you're a non-citizen, and your passport and your birth certificate both say something. For you to say, oh, that's wrong, that's going to look sort of dubious, too. It may be human, Your Honor, but that's not the standard. It's not a life of deception. And that's fair, Your Honor. I understand that you object to that characterization. No, I'm just testing your theory. I've asked too many questions. I want to let you get your argument. I have one other question. Appreciate the question. Am I right that if you prevail on your strict legal theory that we can't review this, all these questions are beyond our authority. If you're right on that, do you still have to institute removal proceedings? Or will he be expelled somehow otherwise? So, yes, Your Honor. If the legal theory is correct, the agency is insulated, as discussed in Patel v. Garland, from any type of judicial review. First part of your question. Next part of the question, there is a current exclusion order on Mr. Momin. That's the exclusion order on him. He is subject to being removed by ICE. I believe that answers it. Subject to being removed, but would he be able to challenge the removal and then get review for at least legal error and constitutional error subject to removal? Yes or no? I understand your question, Your Honor. Yes and no. So there are options to move to reopen. And I believe that that's the yes part of your answer. I understand that's agency discretion, and that may not be the susceptible answer that you want. All rise. Well, you're basically saying we don't have jurisdiction, subject matter jurisdiction, because 1252A2B1 and 811821RI2 in the Supreme Court's Patel v. Garland said we don't have judicial review. Absolutely correct, Your Honor. So even in this de minimis case, our hands are tied. That's absolutely correct, Your Honor. That is the government's argument. There's no limiting principle. The only error in there that bothers Wallace Carroll is that he put months after days, as some people do. Anything the government wants to say, that's a life of fraud, you're saying we couldn't revisit that. The court does not have the ability to review the agency decision made in its discretion, or since Patel v. Garland, the agency decision made in this case. That's absolutely correct, Your Honor. There's no limiting principle. And, Your Honor, you mentioned this with the dissent in Gorsuch and Patel, where this same issue was lamented by Justice Gorsuch. So it's very unforgiving about his errors, but the government has made repeated errors in this case, right? The Second Circuit said you were wrong, he did it appear. Then the Southern District of Texas said, oh, in spite of the government's arguments that his filings were untimely, in the end the government admits, okay, that was our processing error. So multiple provable instances of government error, we look past those, he's got his date of birth error. Yes, Your Honor, and that's exactly what's discussed. Did the government commit fraud? No, Your Honor. They made mistakes. They did, Your Honor. Okay. And that's understood in the argument in Patel v. Garland, especially the dissent, which I think laments the same issue that Judge Higginson is discussing. The dissent isn't the law. I completely agree, Your Honor, but I think that it's a natural extension of what's discussed in the majority. And the dissent understands that this is the exact problem that could come to pass. And that's what's lamented. Okay, I'm wondering, you know, sometimes we're told we don't have jurisdiction over X and Y because those are just facts, but we usually have jurisdiction over the law. And so I guess I'm wondering, while we can't, if they think this was fraudulent and so forth, we couldn't say, oh, no, he just made a mistake. But we could look at whether that fraud is enough to throw him out of the country, if that's a legal question. But you're saying we don't have that jurisdiction either. So why don't we have that jurisdiction? Yes, Your Honor, and we see that, one, in the plain language of the statute, and then, two, in the interpretation of the plain language of the statute in Patel v. Garland. So I'll start with the plain language of the statute. We have two statutes that are applicable in this case. 8 U.S.C. 1252-A2-B1 and 8 U.S.C. 1182-I2. Yeah, I mean, I'm familiar, but tell me specifically what you think your best sentence is in there that we just do not have jurisdiction, period, end of story. Very well, Your Honor. It is the interpretation of 1252-A2-B1 by Patel v. Garland in the Supreme Court case where that case went through 1252-A2-B1 and discussed the language inherent within the statute and then discussed how we now have a situation where no longer is there a distinction between discretionary and non-discretionary rulings. That was actually the argument by the government in Patel v. Garland. The government argued essentially what you had just said to me, that we argued that there was a situation where there was a division between a discretionary and non-discretionary decision and that 1252-A2-B1's jurisdictional bar only applied to those discretionary decisions, not to those decisions of law. And the Supreme Court said that the government was wrong. And that's the case that we have before us now. We have a decision where whether it's a discretionary or non-discretionary decision made by the agency, there is no judicial review. And we have that... Okay, and I understand about Patel and how we're supposed to apply it, but their argument is it's not a removal. Yes, Your Honor. And so, although it sounds like one if you all throw them out the door, but I'm trying to understand. I mean, when we sit here at oral argument, we have to make sure and ask everything that might come up in our minds as we're writing the opinion. So, I want to... That's why I'm asking. No, absolutely. And I think it's a great question because Appellant also brings it up as well, right? That this is not in the removal context. Patel v. Garland was decided in a removal context. So, how now do we interpret this statute to applying to what the government wants as an agency decision that's protected? But we see that in the language of Patel v. Garland itself where it discusses... In Patel language, if we were to rule against you, would we necessarily be splitting with any other circuit decision? Every other circuit, Your Honor. Well, and everyone that has reached it. Which is the one that you think is the most articulate and persuasive that we would be splitting with? Your Honor, I read an Eighth Circuit decision last night which... Is it in your brief? No, Your Honor, I don't... Which is the best one that you cited that therefore they've seen and they would be prepared to say, no, that's distinguishable. My favorite, Your Honor, is the unpublished case from this circuit, Mendoza, which is cited in... Okay, but once you say unpublished decisions, I'm thinking maybe the government doesn't have really compelling authority. What's your best? You said we'll be splitting with every other circuit. Name one published circuit decision that states the position, no limiting principles that you're saying. Okay. It's a long way from every other court to now not being able to say even one. Well, Your Honor, I don't think... Oh, come on. It's the biggest issue in this case. Tell me a court, a circuit that we would be disagreeing with if we aren't persuaded by you. You say every other court. Give me one. I... Your Honor, I apologize. I'm looking through the cases I have cited. A lot of them are cases that are pre-Patel, arguing for the application of USCIS signs. So maybe there isn't one. Well, I understood, Your Honor. You said an unpublished one. You started to turn to an Eighth Circuit one you read last night that you don't...   None. None. None. None. None. None. None. None. Well, Your Honor, it's my understanding that every circuit that's reviewed this, but if I could turn to this circuit's pre-Patel decision... We'll allow a supplemental letter of the Eighth Circuit opinion and let the other side also respond to that because I want to be sure we know what's out there. I mean, you all should cite these things in your briefs, and if they come out later, you should send us a 28-J. We shouldn't hear about it at oral argument. On the other hand, we can't ignore cases just because you all didn't tell us about them, so I would prefer that you tell us, but I would also want the other side to have a chance to say, oh, no, no, this isn't this or that, or have to concede that, yeah, it is that, but you're the Fifth Circuit, not the Eighth Circuit. Yes, Your Honor, and now that I'm reviewing my notes, I do believe that the appellee cited a string of cases, both district and circuit, where Patel has been extended to USCIS decisions. You're relying on their cases? No, the appellee. Yes, Your Honor. On what page? I believe it's 19 and 20, so I apologize. I didn't have this prepared. Let me quickly get to that string cite. Post-Patel cases on 1252. Yes, Your Honor. Well, we'll look at those. Okay, yeah. I had two other questions. You heard that what they say is somewhat unique about this case is, for lack of a better word, a stopper, that actually the fraud issue has already been ruled on. What's your answer to that? That seems to be what I'm looking for as a limiting principle. Certainly the executive branch can't say no fraud and then later change its mind without some new circumstance. I'm sorry, it is 19 to 20. Go ahead and answer him. Thank you. I apologize for not having that ready and offhand. To the question of a stopper, Your Honor, as you discussed with appellant, I don't see that evidenced in the record. I do see an indication that the appellant had an administratively closed hearing in front of an administration judge, but this finding that there was no fraud is not in that record and is not in that letter. That's correct, Your Honor. I don't remember it, but it would be significant if there were. Let's say there is an immigration court saying he didn't commit fraud. Would you have any reason to? Was there a reason to reconsider it? Or you don't want to engage? It's speculation. It's not before the court, Your Honor, and I think that what is before the court is the important agency decision. Last question as to what is before us, because again, you know how much I was hoping that you would point to something to support the conclusion the man has led a life of deception. You said consistent pattern, but I did see in your brief that the government has, quote, forensics that prove. Where in the record will I find what that assertion means, that you have forensic that proves there was a fraud rather than a government Pakistani mistake? So the forensic evidence? Sorry. It's ROA 103 that the immigration judge granted administrative closure, at least according to the blue brief. Yes. Thank you, Your Honor. That's what I was referring to. I believe it's Exhibit A or Tab A for the brief. Is that correct? There is an immigration court ruling. No? Right. Administratively closing the reopening by the appellant but not making the finding that there was no fraud or anything to that respect. At least I couldn't find it in that exhibit that was supposed to evidence. That would be significant if they'd made a finding. It may be significant, Your Honor, but yeah, issue again not before the court and I haven't briefed it. I lost my train of thought. My question was, in the brief you kept reassuring us we know it's fraud, it's not a mistake, because you all have done, quote, forensics. Where in the record will I find what forensics mean? Your Honor, so that is not in the record. The USCIS decision or the USCIS finding that they went through that forensic evidence is stated in the record and is their agency decision. And I'll just bring Your Honor back to, again, the language of 1252A. So this case is all about trust us. We actually talked to the Pakistani government and they didn't say what they said in the letter. And courts, we have forensics, but they're nowhere in the record. Just trust us. I don't even know if it's trust us, Your Honor. It's just the evidence that the agency decided is insulated from review. That sounds like trust us. Or I guess you're right, it's worse. Whether you trust us or not, you can't do anything about it. You know, that is the holding from the Supreme Court of the Tel Aviv Garland, and that is the plain language of these statutes that strip judicial review from an agency decision. That is what the decision is. It's an insulation of the agency decision. Sorry, Your Honor. Our hands are tied. That's exactly correct, Your Honor. Yes. And again, it's the plain... And that's what we have to decide. Right, Your Honor. That's my argument. Yes. Thank you. Yes. That's exactly correct. That is my argument. Because I suppose if we found our hands weren't tied, we'd have to send it back to the district court on the question of reviewing it, as opposed to us deciding, hey, you should let him in, or hey, you should let him out. That's exactly correct, Your Honor. I think that was initially where I was trying to go with Judge Higgins when we were talking about the facts. You thought we went too far over the pile. Not for me to say. We're just looking at our jurisdiction. And that is always important. Federal courts do not have jurisdiction over everything. That is absolutely... I'm well aware. Yes. But this isn't state versus federal. This is federal versus nothing. Yes, Your Honor. Okay. And the executive branch would always have the authority to revisit it. If, in fact, there weren't forensics and the Pakistani government hadn't said this is fraud, you all, I take it, could revisit it still at this point. Absolutely, Your Honor. On a motion to reopen. Yes. And that was what we... Motion to reopen. Yes, Your Honor. Okay. Thank you. Your time is up. And we'll hear a rebuttal. You spent your whole life with this client. Why aren't you in the end game where you've got to file a motion to reopen and just say you're wrong, you're wrong, my guys? The problem with this, and this is what I was trying to mention, is the proceeding he is in is exclusion proceeding. Immigration court and exclusion proceedings may not entertain permanent resident applications. It is a special facet of exclusion proceedings. It's a legacy proceeding that existed before 96. It's not removal proceeding. Even if he were to reopen his case, he cannot challenge denial of adjustment of status. The immigration judge would not entertain his application. That is why the government cannot cite to a single case that is on point because there are none post-Patel. But what is your best case? Well, they do have some cases post-Patel. But what is your best case post-Patel that says we do have jurisdiction? Because maybe we have asked too many questions that are beyond the question of jurisdiction because that is our question. But whatever we think about the case is irrelevant if we lack jurisdiction. So can you please address that? There's no case that I know of that cites for jurisdiction or against jurisdiction because of this particular caveat of Mr. Momin. He exists in a legacy proceeding that no longer exists anymore in which an immigration judge may not de novo review an application. There is no secondary review. It is agency, decision, or nothing in his case right now. But why can't the agency reopen their decision? The agency can reopen their decision if they elect to, but they have already made their determination. USCIS has already made their determination. Right, but maybe if they listen to this oral argument, they might want to reconsider it. I don't know. Again, I'm not telling them to because if I lack jurisdiction, what I think doesn't matter. And I'm not saying what I necessarily think. We've just asked a lot of questions all over the place. Yes, Your Honor. This has been my battle with Mr. Momin in the service for the last 15 years regarding the same situation. And this is the problem we're in. They have made their determination. Mr. Smith was frank. There is a reopen, motion to reopen option. With USCIS, yes, but that won't get us anywhere because all of the evidence that we have provided was laid on the table for USCIS, and they denied. There is nothing new that we're presenting. Is your primary argument this unusual circumstance of legacy proceeding? Or is your primary argument that what we'll see when we look at record on evidence 103 about the administered closure actually does say there was no fraud? The problem with immigration courts, and this happens frequently, is they do not issue written decisions in many things. They orally determine certain things. And in order to provide credence, you would have to... But you said at the outset, I think I'm remembering, you said it made a statement there was no fraud. Yes. Are you saying that's not actually written anywhere? It was made a finding in court. And then the judge administratively closed the case because of the finding. It was made a finding. Does that finding exist in the record? Or is that your memory having been there? It's based on the administrative closed order. There's no written decision by an immigration judge that was ever issued that stated this. It was orally made in court. Orally made, and there's no transcript, so it's your representation. We would have to have them translate a tape in order to get that copy. I know I was the attorney that defended him in this particular case, and that's why we were able to proceed, but... Well, that might be a helpful thing to do in your motion to reopen. But once again, we're talking about a motion to reopen to the service. They have... But are they disrespectful of the IJ? Yes. I made this argument previously to them in which they ignored it in addition to the argument regarding the Pakistani... Well, I mean, the problem is when you're making a decision, some lawyer telling you something, I mean, that's interesting, but you want some evidence of that. Have you given them evidence of that? Of a determination and require a transcription of a hearing that took place about 15 years ago. So you're saying, no, you didn't. So maybe that's why they ignored it. Well, at the end of the day, give me your best case for why we should have jurisdiction here. Because that's really all we are supposed to decide. If we have jurisdiction, we send it back to the district court. If we don't, then it's a short opinion. Your Honor, you have jurisdiction because the statute is silent to this particular type of case. Is there any scholarship that's saying Patel is narrower than Justice Gorsuch says it is, that you're familiar with? Because scholars have looked at this court-stripping language. Do you have any scholarship, even if you don't have a case? Not that I know of, because this is such... Like I said, there's only three particular issues that are not covered where an immigration judge does not have de novo review. The plaintiff is one such case. And there's no circuit authority that I have seen or scholarship that discuss this other than practice advisories by my own immigration lawyers. All right. Thank you. I appreciate both sides. The case is now under submission.